UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JULIUS GREENOGE,<br><br>      Defendant. | Case No. 21CR1115-H<br><br>I N F O R M A T I O N<br>**(Superseding)**<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm;<br>Title 18, U.S.C., Sec. 924(d)(1); and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The Acting United States Attorney charges:

Count 1

On or about July 13, 2020, within the Southern District of California, defendant, JULIUS GREENOGE, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Desert Eagle, .50 caliber handgun bearing serial number DK0032782; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

MCB:San Diego
10/7/21

FORFEITURE ALLEGATIONS

The allegations contained in Count 1 are realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 1 of this superseding information, defendant JULIUS GREENOGE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to, a Desert Eagle, .50 caliber handgun bearing serial number DK0032782.

All in violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: October 7, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

A. DALE BLANKENSHIP
MATTHEW BREHM
Assistant U.S. Attorneys