# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIUS GREENOGE,<br><br>　　　　　　Defendant. | Case No.  21CR1115-H<br><br>ORDER OF CRIMINAL FORFEITURE |

　　　WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of Defendant JULIUS GREENOGE ("Defendant"), pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), as property involved in the violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as charged in the Superseding Information; and

　　　WHEREAS, on or about October 28, 2021, Defendant pled guilty before U.S. Magistrate Judge Andrew G. Schopler to the one-count Superseding Information, which plea included consents to the forfeiture allegations of the Superseding Information, including forfeiture of the following asset:

　　　One Desert Eagle .50 caliber handgun bearing serial number DK0032782; and

　　　WHEREAS, on October 29, 2921 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited handgun and the offense; and

WHEREAS, the handgun is currently in the custody of the San Diego Police Department; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title and interest of Defendant JULIUS GREENOGE in the following property, which is currently in the custody of the San Diego Police Department, are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The Court orders that the San Diego Police Department shall dispose of the forfeited asset according to law, when no longer needed for evidence:

One Desert Eagle .50 caliber handgun bearing serial number DK0032782.

2. No ancillary proceedings or further forfeiture action is required in this criminal case.

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

DATED: January 12, 2022

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE